## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMETEK, INC.**, <br><br> Plaintiff, <br><br> *v.* <br><br> **FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC.**, <br><br> Defendant. | **CIVIL ACTION** <br><br><br> **NO. 20-3140-KSM** |

## ORDER

**AND NOW**, this 5th day of January, 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 56), Plaintiff's response (Doc. No. 57), and Defendant's reply (Doc. No. 59), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **DENIED**.

It is further **ORDERED** that this case is **REFERRED** to the Honorable Magistrate Judge Carol Sandra Moore Wells for settlement and the parties shall contact Judge Wells's Chambers by **Monday, January 9, 2023**, to schedule a settlement conference.[1]

**IT IS SO ORDERED**.

*/s/Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] The parties should schedule the settlement conference as soon as possible, given that this case is scheduled for trial on **February 28, 2023**. (*See* Doc. No. 55 at ¶ 11.)